

**NUMBER 13-19-00328-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**AUNDRA JACKSON, #1992365,**                                    **Appellant,**

**v.**

**JAMIE CROSS, ET AL.,**                                          **Appellees.**

---

On appeal from the 343rd District Court
of Bee County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Perkes**
**Memorandum Opinion by Justice Perkes**

This is an appeal under Chapter 14 of the Texas Civil Practice and Remedies Code from a final judgment dismissing appellant's claim with prejudice for failure to comply with Chapter 14 of the Texas Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.001–.014. The appellant's brief in this case was originally due on

September 6, 2019.   Appellant filed a motion for extension of time to file his brief and this Court granted appellant until October 7, 2019, to file the brief.

On October 22, 2019, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.   To date, no response has been received from appellant.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 38.8(a), 42.3(b).


GREGORY T. PERKES
Justice


Delivered and filed the
12th day of December, 2019.

2